UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:23-cv-630

Name of party requesting extension: Roche Diagnostics GMBH Ltd.

Is this the first application for extension of time in this case?   ☑ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 1/30/2024

Number of days requested:   ☐ 30 days   ☐ 15 days   ☑ Other  7  days

New Deadline Date: 5/8/2024   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Aaron P. Pirouznia

State Bar No.: 24098958

Firm Name: Fish & Richardson P.C.

Address: 1717 Main Street
Suite 5000
Dallas, Texas 75201

Phone: 214-747-5070

Fax: 214-747-2091

Email: pirouznia@fr.com

A certificate of conference does not need to be filed with this unopposed application.