# EXHIBIT 3

Products    Why navify    Clinical evidence    Customer success    About us

By submitting the information to this form. I acknowledge that I have read and understand Roche's Privacy Policy.

- ☐ I agree to allow Roche to use and store my personal data in order to contact me in the future. I understand that my information may be shared with Roche in your country to contact me and discuss Roche products.

☐ I agree to allow Roche to use and store the personal data provided by me to send me marketing communications. I understand and agree that Roche's news and marketing emails utilize technical functionalities to track email deliverability and engagement for targeting purposes and to improve the user experience.

**Submit**

# Interested in learning more?

**Contact Us**

**Improving patients' experience**

Reducing time to treatment

Improving clinical care coordination

Increasing patient engagement

**Data insights to guide actions**

Improve care and reduce costs with medical algorithms

Connect data and insights to maximize efficiencies

Better clinical decisions with data-driven insights

**Building an intelligent lab**

Differentiate from competitors & impact patient care

Improving the operational efficiency of your lab

Integrate data streams

**Find us**

Roche Information Solutions
Roche Molecular Systems, Inc.
2881 Scott Blvd
Santa Clara, CA 95050

**Digital Infrastructure**

Open, interoperable ecosystem

Security & privacy

Integration & implementation

**About us**

Roche heritage

Vision & mission

News & events

**Products**

Customer Success

Clinical evidence






© 2024 Roche Molecular Systems, Inc.
NAVIFY is a trademark of Roche.
All other product names and trademarks are the property of their respective owners.

Not all products of this product portfolio are intended or approved for diagnostic use. This website contains information on products which is targeted to a wide range of audiences and could contain product details or information otherwise not accessible or valid in your country. Please be aware that we do not take any responsibility for accessing such information which may not comply with any valid legal process, regulation, registration or usage in the country of your origin.