IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Case No. 2:23-cv-00630-JRG-RSP |
| Plaintiff, | PATENT CASE |
| v. | JURY TRIAL DEMANDED |
| **ROCHE DIAGNOSTICS GMBH LTD.,** | |
| Defendant. | |

**DEFENDANT ROCHE DIAGNOSTIC GMBH LTD.'S
CORPORATE DISCLOSURE STATEMENT**

As required by Rule 7.1 of the Federal Rules of Civil Procedure Roche Diagnostics GmbH states that it is not aware of any legal entity under the name of "Roche Diagnostics GMBH Ltd." Roche Diagnostics GmbH is a wholly owned subsidiary of Roche Deutschland Holding GmbH, registered in Germany.  Roche Deutschland Holding GmbH is wholly owned by Roche Finanz AG, registered in Switzerland.  Roche Finanz AG is wholly owned by Roche Holding Ltd, registered in Switzerland.  No other publicly held corporation owns 10% or more of Roche Diagnostics GmbH's stock.

Dated: May 8, 2024            Respectfully submitted,

By: */s/ Aaron P. Pirouznia*
Terry J. Stalford
Texas Bar No. 24011686
stalford@fr.com
Aaron P. Pirouznia
Texas Bar No. 24098958
pirouznia@fr.com
Noel F. Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Alexander H. Martin
Texas Bar No. 24091828
martin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Telephone: (214) 747-5070

**COUNSEL FOR DEFENDANT
ROCHE DIAGNOSTICS GMBH LTD.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 8, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Aaron P. Pirouznia*
Aaron P. Pirouznia