IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ROCHE DIAGNOSTICS GMBH LTD.,<br><br>Defendant. | Case No. 2:23-cv-00630-JRG-RSP<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**NOTICE OF NON-OPPOSITION TO DEFENDANT
ROCHE DIAGNOSTICS GMBH'S MOTION TO DISMISS**

Pursuant to Local Rule CV-7(e), Roche Diagnostics GmbH submits this notice of non-opposition regarding its pending Motion to Dismiss, which was filed on May 8, 2024. *See* Dkt. No. 10. Plaintiff's response was due May 23, 2024, but no response was filed and no extension was requested. Plaintiff has also failed to serve its infringement contentions, which were due on May 15, 2024. *See* Dkt. No. 7. Roche Diagnostics GmbH thus respectfully requests the Court deem its Motion unopposed and dismiss the case. *See* Local Rule CV-7(e) ("(e) Time to File Response. A party opposing a motion has fourteen days (twenty-one days for summary judgment motions) from the date the motion was served in which to file a response and any supporting documents, after which the court will consider the submitted motion for decision.").

Dated: May 28, 2024                                   Respectfully submitted,

                                                By:  */s/ Aaron P. Pirouznia*
                                                     Terry J. Stalford
                                                     Texas Bar No. 24011686
                                                     stalford@fr.com
                                                     Aaron P. Pirouznia
                                                     Texas Bar No. 24098958
                                                     pirouznia@fr.com
                                                     Noel F. Chakkalakal
                                                     Texas Bar No. 24053676
                                                     chakkalakal@fr.com
                                                     Alexander H. Martin
                                                     Texas Bar No. 24091828
                                                     martin@fr.com
                                                     FISH & RICHARDSON P.C.
                                                     1717 Main Street, Suite 5000
                                                     Dallas, TX 75201
                                                     Telephone: (214) 747-5070

                                                     **COUNSEL FOR DEFENDANT**
                                                     **ROCHE DIAGNOSTICS GMBH**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 28, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                     */s/ Aaron P. Pirouznia*
                                                     Aaron P. Pirouznia